1

2

3

4

5

6

DYKEMA GOSSETT LLP
PATRICIA M. COLEMAN Bar No. 102646
333 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Telephone:    (213) 457-1800
Facsimile:    (213) 457-1850

Attorneys for Defendant
GENERAL MOTORS CORPORATION

FIGARI & DAVENPORT, LLP
TIMOTHY A. DANIELS
Bar No. 05375190
3400 Bank of America Plaza
901 Main Street
Dallas, Texas 75202
Telephone:   (214) 939-2000
Facsimile:   (214) 939-2090

7

8

9

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12

13

14

15

16

17

18

DAVID B. SIDNER, On Behalf Of
Himself And All Others
Similarly Situated,

              Plaintiff,

      v.

GENERAL MOTORS CORPORATION,

              Defendant.

Case No. 2:08-CV-2172-FCD-GGH

Class Action

STIPULATION    AND    ORDER
REGARDING FILINGS RELATED
TO COMPLAINT

19

20

21

22

23

24

25

26

27

28

      Defendant General Motors Corporation ("Defendant") and Plaintiff David B.

Sidner ("Plaintiff") respectfully submit this Stipulation and Order for the Court's

consideration and, in support thereof, state as follows:

      WHEREAS, on September 15, 2008, Plaintiff filed his Complaint for Damages

("Complaint");

      WHEREAS, Defendant was served with the Complaint on September 22, 2008,

and pursuant to the Federal Rules of Civil Procedure, is to respond by October 13, 2008;

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

WHEREAS, Plaintiff and Defendant met and conferred about the timing of filings related to the Complaint, including an extension of the October 13, 2008 response deadline, time for Plaintiff to respond to any motion to dismiss filed by Defendant, and time for Defendant's reply:

NOW THEREFORE, the parties hereby STIPULATE AND AGREE as follows:

1.      Defendant may file its response to the Complaint on or before Friday. October 17, 2008;

2.      Plaintiff may file his response to any motion to dismiss the Complaint on or before Monday, November 17, 2008;

3.      Defendant may file its reply to Plaintiff's response to any motion to dismiss the Complaint on or before Friday, December 5, 2008; and

4.      The hearing on any motion to dismiss the Complaint will be set for Friday, December 12, 2008 at 10:00 a.m. in Courtroom 2.

1

2   Dated:  October 8, 2008                    DYKEMA GOSSETT LLP

3
                                              By: */s/ Patricia M. Coleman*
4                                                 Patricia M. Coleman

5

6                                             FIGARI & DAVENPORT, LLP

7                                             By: */s/ Timothy A. Daniels*
8                                                 Timothy A. Daniels

9                                             ATTORNEYS FOR DEFENDANT
10                                            GENERAL MOTORS CORPORATION

11

12

13  DATED:  October 8, 2008                   KEMNITZER, ANDERSON, BARRON
                                              & OGILVIE LLP
14
                                              By:  */s/ Mark F. Anderson*
15                                                  Mark F. Anderson

16
                                              ATTORNEY FOR PLAINTIFF
17

18

19

20

21

22

23

24

25

26

27

28

1

## **<u>ORDER</u>**

2

Good cause appearing, the Court hereby ORDERS as follows:

3

4

1.    Defendant may file its response to the Complaint on or before Friday.

5

October 17, 2008;

6

2.    Plaintiff may file his response to any motion to dismiss the Complaint on or

7

before Monday, November 17, 2008;

8

9

3.    Defendant may file its reply to Plaintiff's response to any motion to dismiss

10

the Complaint on or before Friday, December 5, 2008; and

11

4.    The hearing on any motion to dismiss the Complaint will be set for Friday,

12

December 12, 2008 at 10:00 a.m. in Courtroom 2.

13

Dated:  October 9, 2008

14

15

16

_____
FRANK C. DAMRELL, JR.

17

UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28